No. 386. MILDRED McINTOSH *v.* W. H. DILL ET AL. Error to the Supreme Court of the State of Oklahoma. October 9, 1922. Petition for a writ of certiorari herein denied. *Mr. Thomas H. Owen* and *Mr. George C. Crump,* for plaintiff in error, in support of the petition. *Mr. Nathan A. Gibson* and *Mr. Joseph L. Hull,* for defendants in error, in opposition to the petition. [See *ante,* 694.]

No. 397. LUDWIG WOLFGRAM *v.* RITCHIE T. MARSH, TRUSTEE, ETC. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Lowrie C. Barton* for petitioner. No appearance for respondent.

No. 398. ALBERT ROWAN ET AL. *v.* UNITED STATES. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jed C. Adams* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Harry S. Ridgely* for the United States.

No. 399. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, *v.* WILLIAM R. COYLE, TRUSTEE, ETC. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John F. Finerty* for petitioner. *Mr. Emory R. Buckner* for respondent.

No. 401. WILLIAM S. LIVEZEY *v.* UNITED STATES. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jed C. Adams* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Harry S. Ridgely* for the United States.